IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIANNE R. LYONS aka ROUSE,

    Defendant.

Case No. 3:03cr024 (1)

JUDGE WALTER HERBERT RICE

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH ADDITIONAL PERIOD OF SUPERVISED RELEASE TO BE SERVED AFTER RELEASE FROM CONFINEMENT, UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

On October 2, 2012, the Defendant, having previously been found in violation of her supervised release which began August 28, 2008, appeared in open Court for final disposition. Pursuant to the record made in open Court on the aforesaid October 2, 2012, the Defendant's supervised release was revoked and she was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served with a period of reimposed supervised release to follow up to and including July 16, 2004, upon the following conditions, to wit:

1.    She is to follow each and every condition of the Supervision Plan agreed to and executed by her in open Court on October 2, 2012 (attached);

2.    She is to follow all the rules and regulations of the Probation Department, to follow and discharge any previously imposed conditions of supervised release, to report to Ms. Keyer on a weekly basis, and to involve herself with Nova House for individual counseling.

Following the above, the Defendant was orally explained her right of appeal, and she indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 9, 2012

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Kristin Keyer, U.S. Probation Officer

RE: LYONS, Julianne
Case #3:03CR024

## SUPERVISION PLAN

1. She is to reside with her mother at 140 Enfield Road, Centerville, Ohio 45459, and is to continue her residence with her mother, for a minimum of one (1) year.

2. She is to seek and maintain employment throughout the period of supervision with verification to her probation officer.

3. She is to enroll in schooling at Sinclair, as soon as eligible. If enrolled full-time, employment can be deferred.

4. All other conditions of supervised release, remaining undischarged, will remain in full force and effect.

5. The defendant shall be prohibited from obtaining any form of employment in the capacity of a travel agent, or a position that provides her access to credit cards, or other financial information, unless disclosure of her criminal record is made to the employer and verified by the probation officer; that she be prohibited from opening any new lines of credit and provide her probation officer with any requested financial information.

6. The defendant shall not have access to any computer or printing device, without permission of the probation officer.

7. The defendant shall submit to a search of her residence, place of employment, vehicle, or other property under her control throughout the period of supervised release to ensure her compliance with the conditions of supervision. Searches may be conducted at any time at the discretion of the probation officer.

8. To make effort toward restitution during the term of her supervised release.

_Julianne Lyons_
Julianne Lyons, Defendant

2 OCT 2012
Date

_Thomas W. Anderson_
Thomas W. Anderson, Jr., Attorney

10-2-12
Date

_Kristin A. Keyer_
Kristin A. Keyer, U.S. Probation Officer

10-2-12
Date